**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: **08 C 283**

Chicago Regional Council of Carpenters Pension Fund et al.
v. Ross Midwest, Inc. and C. Gregory Ingold, individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

**JUDGE ST. EVE**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Kevin P. McJessy |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kevin P. McJessy |

| FIRM |
|---|
| McJessy Ching & Thompson, LLC |

| STREET ADDRESS |
|---|
| 3759 N. Ravenswood, Suite 231 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60613 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229825 | (773) 880-1260 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐