# IN THE UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number:   08 C 283

Chicago Regional Council of Carpenters
Pension Fund, et al.
     V.
Ross Midwest, Inc. and C. Gregory Ingold,
individually

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Edward Platis**    , an agent for RWS Investigations, Ltd., being first duly sworn on oath deposes and says:

I.    That he served **two copies of Summons and two copies of the Complaint** on the within named defendant/respondent,  **Ross Midwest, Inc. c/o Gregory Ingold,**  by leaving a copy of each at his usual place of abode with, **Mrs. Ann Ingold,** a person of the family of the age of 13 years or upwards and informed that person of the content thereof on    **February 24, 2008.**

I.    (a) That the sex, race, age and physical description of the defendant/respondent or other person with whom he/she left the summons are as follows:

**Gender:  Female    Race:  White      Age: 55  Ht: 5' 6"    Wt: 150  Hair: Brown**

(b) That the place where service was made and the date and time of the day when the summons was left with the defendant/respondent or other person were as follows:

Place:  **2001 Kaneville Road, Geneva, IL  60134**

Date:  **February 24, 2008**                    Time of Day: **3:00 p.m.**

IV.    That    he/she    was    unable    to    serve    the    within    named    respondent/defendant

_____

Special Process Server Signature
RWS Investigations, Ltd.
IDFPR License #117-000983

Signed and sworn before me on the ___3RD___ day of ___MARCH___, 2008.

OFFICIAL SEAL
DONNA L. STACHNIK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-1-2009

Notary Public

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund, et al.

V.

Ross Midwest, Inc. and C. Gregory Ingold,
individually

CASE NUMBER:

**08 C 283**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

C. Gregory Ingold
2001 Kaneville Road
Geneva, IL  60134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois  60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



**January 11, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date            *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.