UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>ROSS MIDWEST, INC. and C. GREGORY INGOLD,<br><br>          Defendants | )<br>)<br>) Case No. 08 C 283<br>)<br>) Judge St. Eve<br>)<br>) Magistrate Ashman<br>)<br>)<br>) |

## NOTICE OF MOTION

To:

Ross Midwest, Inc.
c/o C. Gregory Ingold, President
2001 Kaneville Road
Geneva, IL 60134

C. Gregory Ingold
2001 Kaneville Road
Geneva, IL 60134


   PLEASE TAKE NOTICE that on May 19, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy St. Eve or any other judge sitting in her stead in Room 1743 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion For Default Judgment**, a copy of which is hereby attached and served upon you.


                    CHICAGO REGIONAL COUNCIL OF CARPENTERS
                    PENSION FUND et al.


                    By:   s/ Kevin P. McJessy
                          One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)

## CERTIFICATE OF SERVICE

    I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Notice of Motion** to be served upon

    Ross Midwest, Inc.                        C. Gregory Ingold
    c/o C. Gregory Ingold, President    2001 Kaneville Road
    2001 Kaneville Road               Geneva, IL  60134
    Geneva, IL  60134

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository on April 30, 2008.

                                                s/ Kevin P. McJessy
                                                Kevin P. McJessy