1.                                                                                                                                                          1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. ) ) ) | |
| ) | Case No. 08 C 283 |
| Plaintiffs, ) | |
| v.   ) | Judge St. Eve |
| )) | |
| ROSS MIDWEST, INC. and C. GREGORY INGOLD, ) | Magistrate Ashman |
| ) | |
| Defendants      ) | |

**<u>ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 55, a judgment by default is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendants ROSS MIDWEST, INC. and C. GREGORY INGOLD ("Defendants"). Defendants are hereby ordered:

A.   to provide the Trust Funds or their designated auditors, James Egan & Associates, Ltd., complete access to Defendants' books records within twenty-one (21) days so that the Trust Funds may conduct an audit of Defendants' fringe benefit contributions;

B.   to pay any and all amounts the Trust Funds may discover to be due pursuant to the audit;

C.   to pay auditor's fees incurred by the Trust Funds to complete the audit of Defendants' books and records;

D.   to pay interest on the amount that is due pursuant to 29 U.S.C. § 1132(g)(2)(B);

E.   to pay interest or liquidated damages on the amount that is due pursuant to 29 U.S.C. § 1132(g)(2)(C), whichever is greater;

F.   to pay reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D) and incurred by the Trust Funds to obtain full compliance with this Order and to collect any amounts owed to the Trust Funds; and

G.   to award the Trust Funds such other and further relief as the Court deems just and equitable.

Plaintiffs shall serve a copy of this Order on Defendants.

_____

June 2, 2008                                                                   Judge St. Eve
Date