UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| | ) | Case No. 08 C 283 |
| Plaintiffs, | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| ROSS MIDWEST, INC. and C. GREGORY INGOLD, | ) ) | Magistrate Ashman |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

To:

Ross Midwest, Inc.                                  C. Gregory Ingold
c/o C. Gregory Ingold, President          2001 Kaneville Road
2001 Kaneville Road                            Geneva, IL  60134
Geneva, IL  60134


       PLEASE TAKE NOTICE that on Wednesday, August 21, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy St. Eve or any other judge sitting in her stead in Room 1241 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion For A Rule To Show Cause For C. Gregory Ingold,** a copy of which is hereby attached and served upon you.


                                        CHICAGO REGIONAL COUNCIL OF CARPENTERS
                                        PENSION FUND et al.


                                        By:   s/ Kevin P. McJessy
                                                 One of their attorneys


Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)

**CERTIFICATE OF SERVICE**

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Notice of Motion** to be served upon

Ross Midwest, Inc.                           C. Gregory Ingold
c/o C. Gregory Ingold, President             2001 Kaneville Road
2001 Kaneville Road                          Geneva, IL  60134
Geneva, IL  60134

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository on August 4, 2008.

    s/ Kevin P. McJessy
Kevin P. McJessy