UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROSS MIDWEST, INC. and C. GREGORY INGOLD,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 283<br><br>Judge St. Eve<br><br>Magistrate Ashman |

## AMENDED NOTICE OF MOTION

To:

Ross Midwest, Inc.  
c/o C. Gregory Ingold, President  
2001 Kaneville Road  
Geneva, IL  60134

C. Gregory Ingold  
2001 Kaneville Road  
Geneva, IL  60134

    PLEASE TAKE NOTICE that on August 7, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy St. Eve or any other judge sitting in her stead in Room 1241 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion For A Rule To Show Cause For C. Gregory Ingold,** a copy of which is hereby attached and served upon you.

                        CHICAGO REGIONAL COUNCIL OF CARPENTERS
                        PENSION FUND et al.


                        By:   s/ Kevin P. McJessy
                              One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)

2

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Amended Notice of Motion** to be served upon

| | |
|---|---|
| Ross Midwest, Inc. | C. Gregory Ingold |
| c/o C. Gregory Ingold, President | 2001 Kaneville Road |
| 2001 Kaneville Road | Geneva, IL  60134 |
| Geneva, IL  60134 | |

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository on August 4, 2008.

                                            s/ Kevin P. McJessy
                                            Kevin P. McJessy