UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>Plaintiffs,<br>v.<br><br>ROSS MIDWEST, INC. and C. GREGORY INGOLD,<br><br>Defendants | Case No. 08 C 283<br><br>Judge St. Eve<br><br>Magistrate Ashman |

## O R D E R

WHEREAS, Plaintiffs the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds"), filed a motion for a rule to show cause why Ross Midwest, Inc. and C. Gregory Ingold should not be held in contempt for failing to comply with this Court's June 2, 2008, Order directing Ross Midwest, Inc. and C. Gregory Ingold to make its books and records available to James Egan & Associates, Ltd., in order for James Egan & Associates, Ltd. to conduct an audit of Ross Midwest, Inc. and C. Gregory Ingold's fringe benefit contributions;

WHEREAS, the Court granted the Trust Funds' motion for rule to show cause;

IT IS HEREBY ORDERED that Defendants, Ross Midwest, Inc. and C. Gregory Ingold, by and through the corporation's president, **C. Gregory Ingold**, are hereby ordered to appear before this Court, in Courtroom 1241 of the Everett Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois on September 8, 2008 at 8:30 a.m. and show cause why C. Gregory Ingold should not be held in contempt of Court for failing to comply with this Court's prior Order; and

IT IS HEREBY FURTHER ORDERED that a copy of this Order be served on C. Gregory Ingold at least three (3) days prior to the rule to show cause hearing.

Dated:   August 7, 2008

_____
Judge Amy J. St. Eve.