UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL CARPENTERS PENSION FUND; ET AL | COURT DATE: 9/8/2008 |
| PLAINTIFF(S) | Case No. 1:08-CV-00283 |
| vs. | |
| ROSS MIDWEST, INC., ET AL | SERVICE DOCUMENTS: LETTER DATED 8/12/08; DOCKET ENTRY DATED AUGUST 7, 2008; ORDER DATED AUGUST 7, 2008 |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 16, 2008**, at **2:20 PM**, I served the above described documents upon **C. GREGORY INGOLD** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **LESLIE INGOLD / DAUGHTER**.

Said service was effected at **2001 KANEVILLE RD, GENEVA, IL 60134.**

**DESCRIPTION:** Gender: F  Race: **WHITE**  Age: **20**  Hgt: **5'6"**  Wgt: **150**  Hair: **BLONDE**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

John Verstat, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of August, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
McJessy, Ching & Thompson LLC*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40512