# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Chicago Regional Council Carpenters Pension Fund, et al.

                Plaintiff,

v.

                Case No.: 1:08−cv−00283

                Honorable Amy J. St. Eve

Ross Midwest, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

       MINUTE entry before the Honorable Amy J. St. Eve:Show cause hearing held on 9/8/2008. Rule to show cause is withdrawn without prejudice. Status hearing set for 10/23/2008 at 08:30 AM. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.